**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:20-cr-00113 |
| | : | |
| Plaintiff, | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| EDWARD CLARK, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## DETAINER ORDER

It is the order of this Court that upon Defendant's release from federal custody in the case of *U.S. v. Edward Clark*, U.S. District Court for the District of Kansas Case No. 26-CR-20021-01, either upon bond (if granted) or after the proceedings in that federal case are complete, up to and including serving any sentence that may be imposed, the Defendant is to be returned to the custody of the United States Marshal Service for further proceedings with this Court. **Under no circumstances shall this criminal Defendant be released to the general public, until further order of this Court.**

   **IT IS SO ORDERED.**


April 13, 2026                          *s/Caroline H. Gentry*
                                         Caroline H. Gentry
                                         United States Magistrate Judge