**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:20-cr-00113 |
| Plaintiff, | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| EDWARD CLARK, | : | |
| Defendant. | : | |

## AMENDED DETAINER ORDER

It is the order of this Court that upon Defendant's release from custody in the case of *U.S. v. Edward Clark*, U.S. District Court for the District of Kansas Case No. 26-CR-20021-01, either upon bond (if granted) or after the proceedings in that federal case are completed (except for serving any sentence that may be imposed), the Defendant is to be returned to the United States District Court for the Southern District of Ohio for further proceedings in this matter. **<u>Under no circumstances shall this criminal Defendant be released to the general public, until further order of this Court.</u>**

**IT IS SO ORDERED.**

April 14, 2026
Date

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge